No. 4921.—PUEBLO, apldo., *v.* MERCADO, aplte.—C. D. Ponce. Diciembre 16, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, una macana de plomo (*black jack*) es un arma o instrumento que se usa general y claramente para fines de ofensa y defensa y su uso no se distingue de la del arma que figuraba en el caso de *El Pueblo* v. *González*, 36 D.P.R. 248;

POR CUANTO, la opinión de esta corte en el caso de *El Pueblo* v. *Cruz Rosado*, 34 D.P.R. 315, no contiene nada en oposición a este principio y más bien lo apoya;

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en agosto 11, 1932.

No. 4765.—PUEBLO, apldo., *v.* DELGADO, aplte.—C. D. Humacao. Diciembre 19, 1932.

POR CUANTO, en este caso el acusado estableció apelación en cuanto a la resolución negatoria de nuevo juicio así como también en cuanto a la sentencia;

POR CUANTO, la sentencia de este Tribunal de noviembre 30 próximo pasado se limitó a resolver la cuestión de nuevo juicio, única discutida por el apelante en su alegato;

POR TANTO, entiéndase ampliada la sentencia de este tribunal de noviembre 30, 1932, en el sentido de confirmar también la sentencia apelada que dictó en este caso la Corte de Distrito de Humacao, con fecha 8 de diciembre de 1931.